HPS-58 (March 2005)                                              NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-1471

IN RE: DELROY D. CARTER,
                          Petitioner.

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to Civ. No. 02-cv-02016)

Submitted Under Rule 21, Fed. R. App. Pro.
March 11, 2005
BEFORE: SCIRICA, CHIEF JUDGE, WEIS and GARTH, CIRCUIT JUDGES
Filed: May 4, 2005

OPINION

PER CURIAM.

Delroy D. Carter asks that we issue a writ of mandamus directing the District Court to rule on his motion under 28 U.S.C. § 2255 claiming ineffective assistance of counsel and that the District Court erred in computing his sentence. For the reasons that follow, we will deny the petition.

Carter is a federal prisoner at FCI-Fort Dix serving seventy-eight months for illegally reentering the country after deportation. On April 29, 2002, following a

1

direct appeal, he filed a motion under 28 U.S.C. § 2255. After nearly three years in the District Court, Carter had not received a ruling on his motion despite multiple requests. On February 14, 2005, Carter filed the current petition for a writ of mandamus asking us to direct the District Court to rule on his pending motion.

By order entered April 22, 2005, the District Court denied Carter's § 2255 motion. Because the District Court has ruled on Carter's motion, we will deny the mandamus petition as moot.